IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS JAE WOO KIM,<br><br>    Defendant. | Case No. 21-mc-80101-CRB<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF** |

    Defendant Douglas Jae Woo Kim seeks a deposition subpoena of John Doe to assist with Kim's defense in a pending civil case in another district. Magistrate Judge Donna Ryu granted Doe's motion to quash the subpoena. See Dkt. 28. Kim sought relief from this Court. See Dkt. 29. The Court agrees with Magistrate Judge Ryu's careful and well-reasoned decision. Because the plaintiffs are not relying on Kim's conduct vis-à-vis Doe, any information he could provide has no relevance to Kim's defense. The motion is DENIED.

**IT IS SO ORDERED.**

Dated: January 3, 2022

CHARLES R. BREYER
United States District Judge